IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYREESE R. TAYLOR,

    Defendant.

JUDGMENT
on a Motion pursuant to
28 U.S.C. § 2255

Case No. 09-cv-508-bbc
06-cr-105-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

_____
Peter Oppeneer, Clerk of Court

12/3/09
Date